IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID SHANE HALBROOK,

       Appellant,

  v.

Case No. 5D23-34
LT Case No. 19-CF-11247

STATE OF FLORIDA,

       Appellee.

_____ /

Decision filed March 7, 2023

Appeal from the Circuit Court
for Duval County,
Tatiana Salvador, Judge.

David J. Joffe, of Joffe Law, P.A.,
Ft. Lauderdale, for Appellant.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


MAKAR, JAY and HARRIS, JJ., concur.